

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1801 L Street, N.W., Suite 100
Washington, D.C. 20507
(202) 419-0700
TTY (202) 419-0702
FAX (202) 419-0701 & 0739

SEP 0 8 2005

Ms. Dana Miller
6300 Brook Jane Drive
Clinton, MD 20735

RE: Dana Miller vs. WMATA
Charge Number 100-2004-00693

Dear Ms. Miller:

The EEOC has concluded its inquiry into your allegations of discrimination. Our charge handling procedures and enforcement plan call for us to focus on those cases that are most likely to result in findings of violations of the laws we enforce. Our review of the evidence fails to indicate that a violation has occurred and it is not likely that additional investigation will result in our finding a violation.

Therefore, your "Dismissal and Notice of Rights" is enclosed. The Determination is final. If you wish to pursue the charge on your own, you may file a lawsuit in Federal District Court using the enclosed Notice. Your lawsuit must be filed within 90 days of receipt of this Notice, otherwise, your right to sue based on this charge will be lost.

Sincerely,

Janet A. Stump
Acting Enforcement Supervisor

Enclosure

cc: E. Lindsey Maxwell, II. Esq.
Perennial Law Group, LLP
1455 Pennsylvania Ave., NW
Suite 100
Washington, DC 20004

05 2342

FILED

DEC 0 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EEOC Form 161 (3/98)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Dana Miller<br>6300 Brook Jane Drive<br>Clinton, MD 20735 | From: | Washington Field Office<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 100-2004-00693 | Janet Stump,<br>Acting Enforcement Supervisor | (202) 419-0700 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

**Dana Hutter,**
**Director**

SEP 0 8 2005
*(Date Mailed)*

Enclosure(s)

cc:
WMATA
Katrina J. Wiggins
Acting Director
Office of Civil Rights
600 5th Street, N.W.
Washington, DC 20001

E. Lindsey Maxwell, II, Esq.
Perennial Law Group, LLP
1455 Pennsylvania Ave., NW
Suite 100
Washington, DC 20004