UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Dana Miller | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 1:05cv02342 RMC |
| | ) |
| v. | ) |
| | ) |
| Washington Metropolitan Area Transit Authority | ) |
| | ) |
| and | ) |
| | ) |
| Frank Johnson | ) |
| | ) |
| Defendants | ) |

## RETURN OF SERVICE

Plaintiff, by and through her undersigned counsel, hereby submits the attached proof of return of service on Defendant, Washington Metropolitan Area Transit Authority.

Respectfully submitted,

E. Lindsey Maxwell II, Esq.  DC Bar No. 480035
Perennial Law Group, LLP
1455 Pennsylvania Ave., NW
Suite 225
Washington, DC 20004
(202) 638-5090 (p)
(202) 638-5564 (f)

January 6, 2006

**RECEIVED**
JAN 9 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1

## Certificate of Service

I hereby certify that a copy of the foregoing Return of Service was mailed this 6th day of January 2006, postage prepaid, to the following individual:

Washington Metropolitan Transit Authority
Attn: Carol O'Keefe
600 5th St., NW
Washington, DC 20001

Frank Johnson
2013 Browns Ln.
Ft. Washington, MD 20744

_____
E. Lindsey Maxwell II, Esq.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 1/5/06 |
| NAME OF SERVER (PRINT) E. LINDSEY MAXWELL II | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: WMATA Headquarters, 600 5th St. Washington, DC 20001, Susan Serrian

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/5/06
             Date         Signature of Server

Address of Server: 1455 Pennsylvania Ave, N.W., Suite 225, Washington, DC 20004.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.