**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DANA MILLER : | |
|     Plaintiff, | |
| : | |
| v. | C.A. No. 05-2342 (RMC) |
| : | |
| WASHINGTON METROPOLITAN | |
| AREA TRANSIT AUTHORITY : | |
|     Defendants. : | |

**ENTRY OF APPEARANCE**

_____Please enter the appearance of Detria Liles Hutchinson as co-counsel of record for defendant Washington Metropolitan Area Transit Authority.

                                                    Respectfully submitted,

                                                    _____
                                                    Detria Liles Hutchinson #437373
                                                    Associate General Counsel-WMATA
                                                    600 Fifth Street, N.W.
                                                    Washington, D.C.  20001
                                                    (202) 962-1496