UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Dana Miller ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-2342 (RMC) |
| ) | |
| v. ) | |
| ) | |
| Washington Metropolitan Area ) | |
| Transit Authority, et al. ) | |
| ) | |
| Defendants ) | |

# JOINT REPORT OF DUTY TO CONFER UNDER LCvR 16.3

Plaintiff and Defendant, by and through their counsel, hereby submits this report of our duty to confer under Rule 16.3. Both parties did confer on January 18, 2006 to discuss matters outlined in Rule 16.3(c). Parties hereby report the following:

1. Parties reserve their right to file any dispositive motions.

2. Parties reserve their right to amend their pleadings. The parties do not agree on legal or factual issues in this case.

3. Parties agree that this case should not be assigned to a magistrate.

4. Parties do not agree that there is a realistic possibility of settling this case.

5. Parties reserve their right to ADR.

6. Parties reserve their right to file dispositive motions until discovery has concluded.

7. Parties agree to participate in initial disclosure pursuant to Rule 26(a)(1).

8. Parties agree that discovery shall be open until April 28, 2006.

9. Parties do not forsee the need for any experts but reserve the right to call them if discovery warrants.

10. Parties reserve the right to schedule a pre-trial conference until after discovery has begun.

11. Parties do not want a trial date set until after the pre-trial conference.

Respectfully submitted,

_____
E. Lindsey Maxwell II, Esq.  DC Bar No. 480035
Perennial Law Group, LLP
1455 Pennsylvania Ave., NW
Suite 225
Washington, DC 20004
(202) 638-5090 (p)
(202) 638-5564 (f)

January 24, 2006

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing Report under Ruls 16.3 was mailed this 24th day of January 2006, postage prepaid, to the following individual:

Washington Metropolitan Transit Authority
Attn: Detria Liles
600 5th St., NW
Washington, DC 20001

Frank Johnson
207 Clay Rd.
Goldsboro, NC 27534

_____
E. Lindsey Maxwell II, Esq.