IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANA MILLER                              :

      Plaintiff,
                                       :

v.                                                                      C.A. No. 05-2342 (RMC)

                                       :

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY, et al        :

      Defendants.                           :


**PARTIES AMENDED JOINT REPORT ON THE MEET AND CONFER
<u>CONFERENCE</u>**


      COME NOW the parties by and through their undersigned counsel, and hereby submit this report of their conference pursuant to United States District Court for the District of Columbia Local Rule 16.3, held on January 18, 2006.

      1.     Plaintiff does not believe that this matter is likely to be disposed of by dispositive motion.  The defendant believes such disposition is likely and intends to file an early motion upon the completion of written discovery.

      2.     Parties reserve their right to amend their pleadings.  The parties do not agree on legal or factual issues in this case, but are hopeful that the factual and legal issues in this matter may be narrowed and/or agreed upon at the completion of discovery.

      3.     Parties agree that this case should not be assigned to a magistrate.

      4.     Plaintiff is open to settlement discussions.  Defendant does not believe that there is a reasonable likelihood of settlement, on the claims contained in the

complaint.

5. Parties reserve their right to file to Alternative Dispute Resolution, but believes that ADR should await the completion of discovery and dispositive motions.

6. Plaintiff reserves the right to file summary judgment motions. Defendant submits that the matter may be resolved by a defendant's motion for summary following receipt of complete discovery. The deadline for filing dispositive motions should be set for July 30, 2006.

7. Parties agree to participate in initial disclosure pursuant to Rule 26(a)(1).

8. Parties agree that discovery should close June 30, 2006. Deadline for filing dispositive should be set for July 30, 2006.

9. Parties do not foresee experts in this matter, but reserve the right to use experts if discovery so warrants.

10. Parties believe that a pretrial date should not be set until after the Court's decisions on the dispositive motions.

11. Parties agree that there is no need for bifurcation of this matter.

12. Parties agree that a trial date should not be set until after the pretrial conference and after the Court's decision on dispositive motions.

Respectfully Submitted,

E. Lindsey Maxwell, II                     Detria J. Liles Hutchinson
D.C. Bar 480035                            D.C. Bar 437373
1455 Pennsylvania Ave., NW #225            600 5th Street, NW #2D-05
Washington, D.C. 20004                     Washington, D.C. 20001
(202) 638-5090                             (202) 962-2373
Attorney for Plaintiff                     Attorney for Defendant WMATA