UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |
|---|---|
| Dana Miller ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:05cv02342 |
| ) | |
| v. ) | |
| ) | |
| Washington Metropolitan Area ) | |
| Transit Authority ) | |
| ) | |
| and ) | |
| ) | |
| Frank Johnson ) | |
| ) | |
| Defendants ) | |

**SUPPLMENTAL RULE 16.3 FILING**

Pursuant to Local Rule 16.3 and the Order for Initial Scheduling Conference issued on 6 January 2006, Plaintiff hereby files this brief statement of this case.

Plaintiff, Dana Miller was employed by Defendant Washington Metropolitan Area Transit Authority (WMATA) in January 2004 when the incident in question occurred. On or about 21 January 2004, Plaintiff Miller was working at her assigned post at the Shady Grove Yard. That evening, she was sexually propositioned by one of her supervisors, Defendant Frank Johnson. Specifically, Defendant Johnson requested sex from Plaintiff Miller in exchange for overlooking a post violation that Plaintiff committed. Defendant's actions violated Title VII of the 1964 Civil

Rights Act, 42 USC 2000(e), et. seq. by engaging in Quid Pro sexual harassment and creating a hostile work environment.

Later that same evening, Defendant Johnson committed sexual civil battery by touching the Plaintiff's breast. After immediately reporting the incidents to Defendant WMATA, an investigation was launched where Defendant found that there was probable cause that sexual harassment did occur. Within days of the conclusion of the investigation, Plaintiff was terminated. Defendant WMATA terminated Plaintiff in retaliation for Plaintiff filing a complaint of harassment and thus violated Title VII of the 1964 Civil Rights Act, 42 USC 2000(e), et.seq.

                Respectfully submitted,

                _____
                E. Lindsey Maxwell II, Esq.  DC Bar No. 480035
                Perennial Law Group, LLP
                1455 Pennsylvania Ave., NW
                Suite 225
                Washington, DC 20004
                (202) 638-5090 (p)
                (202) 638-5564 (f)

February 8, 2006

## Certificate of Service

I hereby certify that a copy of the foregoing Supplemental Rule 16.3 Filing was mailed this 8th day of February 2006, postage prepaid, to the following individual:

Washington Metropolitan Transit Authority
Attn: Carol O'Keefe
600 5th St., NW
Washington, DC 20001

Frank Johnson
207 Clay Rd.
Goldsboro, NC 27534

_____
E. Lindsey Maxwell II, Esq.