IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANA MILLER | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 1:05cv02342 (RMC) |
| | ) |
| | ) |
| WASHINGTON METROPOLITAN AREA | ) |
| TRANSIT AUTHORITY | ) |
| | ) |
|     Defendant. | ) |

**PRAECIPE ENTERING COUNSEL'S APPEARANCE**

The Court will note the entry of the undersigned as counsel for the Defendant herein:

    Michael K. Guss, Esq.
    Assistant General Counsel
    Washington Metropolitan Area Transit Authority
    600 Fifth Street, N.W.
    Washington, D.C. 20001


Date:   February 13, 2006

                                                                   Respectfully submitted,


                                                                   _____/s/_____
                                                                   Michael K. Guss (#465171)
                                                                   Assistant General Counsel
                                                                   Washington Metropolitan Area Transit
                                                                   Authority ("WMATA")
                                                                   600 Fifth St., N.W.
                                                                   Washington, D.C. 20001
                                                                   (202) 962-1468

                                                                   COUNSEL FOR WMATA