### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANA MILLER | : |
|     Plaintiff, | : |
| v. | :    C.A. No. 05-2342 (RMC) |
| | : |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al | : |
|     Defendants. | : |

_____

**ENTRY OF WITHDRAWAL OF APPEARANCE AS COUNSEL OF RECORD**

The Clerk of the Court will please note the withdrawal of Detria J. Liles Hutchinson as counsel for the defendant WMATA.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
 TRANSIT AUTHORITY

_____/s/_____
Detria J. Liles Hutchinson #437373
Assistant General Counsel
Attorney for Defendant
Washington Metropolitan Area
 Transit Authority
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-2373

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of March, 2006, a copy of the foregoing Withdrawal of Entry as Attorney of Record was mailed, first class postage prepaid, to:

E. Lindsey Maxwell, II
D.C. Bar 480035
1455 Pennsylvania Ave., NW #225
Washington, D.C.  20004

                                                /s/
                                      Detria Liles Hutchinson, Esq.