IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANA MILLER | : | |
| Plaintiff, | | |
| | : | |
| v. | | C.A. No. 05-2342 (RMC) |
| | : | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et. al. | : | |
| Defendants. | : | |

**PARTIES AMENDED JOINT REPORT ON THE MEET AND CONFER CONFERENCE TO ENLARGE TIME FOR DISCOVERY AND EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS**

COME NOW the parties by and through their undersigned counsel and hereby amends their previous Joint Report on the Meet and Confer Conference in order to enlarge time for discovery and extend the deadline for filing dispositive motions. The report is hereby amended as follows:

8. Parties agree that discovery should be extended from June 30, 2006 to August 30, 2006. The deadline for filing dispositive motions should be set for September 29, 2006.

Respectfully Submitted,


_____/s/_____         _____/s/_____
E. Lindsey Maxwell, II, Esq.              Michael K. Guss, Esq.
D.C. Bar 480035                           D.C. Bar 465171
1455 Pennsylvania Ave., NW #225           600 Fifth Street, NW
Washington, D.C. 20004                    Washington, D.C. 20001
(202) 638-5090                            (202) 962-1468
Attorney for Plaintiff                    Attorney for Defendant WMATA