UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Dana Miller** ) | |
| ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:05cv02342 (RMC) |
| ) | |
| v. ) | |
| ) | |
| **Washington Metropolitan Area** ) | |
| **Transit Authority** ) | |
| ) | |
| and ) | |
| ) | |
| **Frank Johnson** ) | |
| ) | |
| Defendants ) | |

**PARTIES AMENDED JOINT REPORT ON THE MEET AND CONFER CONFERENCE TO ENLARGE TIME FOR DISCOVERY AND EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS**

COME NOW the parties by and through their undersigned counsel and hereby amends their previous JOINT REPORT on the Meet and Confer Conference in order to enlarge time for discovery and extend the deadline for filing dispositive motions. The report is hereby amended as follows:

8. Parties agree that discovery should be extended from June 30, 2006 to September 30, 2006. The deadline for filing dispositive motions should be set for November 17, 2006.

Respectfully submitted,

_____/s/_____          _____/s/_____
E.. Lindsey Maxwell II, Esq.  DC Bar No. 480035          Michael K. Guss  DC Bar No. 465171
Perennial Law Group, LLP          600 Fifth St., NW
1455 Pennsylvania Ave., NW          Washington, DC 20001
Suite 225          (202) 962-1468
Washington, DC 20004          Attorney for Defendant WMATA
(202) 638-5090 (p)
Attorney for Plaintiff