**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DANA MILLER                                           :

Plaintiff,

                                                              :

v.                                                                        C.A. No. 05-2342 (RMC)

                                                              :

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY, et al          :

        Defendants.                              :

**PARTIES AMENDED JOINT REPORT ON THE MEET AND CONFER CONFERENCE
TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS**

COME NOW the parties by and through their undersigned counsel and hereby amends

their previous JOINT REPORT on the Meet and Confer Conference in order to extend the

deadline for filing dispositive motions.  The report is hereby amended as follows:

8.  Parties agree that the deadline for filing dispositive motions should be set for Friday,

December 1, 2006.

Respectfully submitted,

_____/s/_____                    _____/s/_____
E. Lindsey Maxwell II, Esq.                       Michael K. Guss, Esq.
DC Bar # 480035                                      DC Bar # 465171
Perennial Law Group, LLP                        WMATA-COUN
1455 Pennsylvania Ave., NW, Suite 225    600 Fifth Street, NW
Washington, D.C. 20004                            Washington, D.C. 20001
(202) 638-5090                                          (202) 962-1468
Attorney for Plaintiff                                 Attorney for Defendant