IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANA MILLER, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-2342 (RMC) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al., | ) |
| Defendant. | ) |

### ORDER

UPON CONSIDERATION of Defendant WMATA's Motion for Summary Judgment, submitted under FED. R. CIV. P. 56, it is this _____ day of _____, 2006 hereby ORDERED, that the motion is GRANTED, and the complaint is dismissed with prejudice for the reasons stated in the Defendant's motion and memoranda.

_____
Judge Rosemary M. Collyer