**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DANA MILLER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-2342 (RMC) |
| v. | ) |
| | ) |
| **WASHINGTON METROPOLITAN AREA** | ) |
| **TRANSIT AUTHORITY, et al.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

UPON CONSIDERATION of Defendant WMATA's Opposition to Plaintiff's Motion for Summary Judgment, submitted under FED. R. CIV. P. 56, it is this _____ day of _____, 2006 hereby ORDERED, that the Plaintiff's motion for summary judgment is hereby DENIED.

_____
Judge Rosemary M. Collyer