```
 1        Q    Now, for what you know about the --
 2        A    The EEO.
 3        Q    Okay.  Is that some other thing in
 4   the Metro Police Department, or someone in,
 5   say, the Office of Civil Rights?
 6        A    The Office of Civil Rights.  I'm
 7   referring to the Office of Civil Rights.
 8        Q    Now, when -- when Dana called you
 9   about Lieutenant Johnson, and what he had
10   asked, did you tell her to call a supervisor?
11        A    No, I didn't.
12        Q    Do you know if Dana was aware of
13   Metro's sexual harassment policy?
14   believe she is aware of Metro's sexual
15   harassment policy.
16        Q    Did she tell you -- did she tell you
17   that she called anyone after Lieutenant
18   Johnson made his proposition?
19        A    We didn't talk about that.  As a
20   matter of fact, going back to that night in
21   question, I called Hall, let him know, then I
22   told him I was on Brown Street, and I told
```

DEFENDANT'S EXHIBIT / 7