UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DANA MILLER, )<br>            Plaintiff, )<br>      v. )<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, )<br>            Defendant. ) | Civil Action No. 05-2342 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment (Docket No. 17) is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 18) is **GRANTED** and judgment is entered in favor Defendant. Accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: June 11, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge